# Court of Appeals
# of the State of Georgia

ATLANTA, __May 21, 2020__

*The Court of Appeals hereby passes the following order:*

**A20A1608.  MALCOM JAMAL CONNER v. THE STATE.**

Malcom Jamal Conner filed a notice of appeal addressed to the Supreme Court. The case was, however, erroneously transmitted to and docketed by the Court of Appeals.  Because the appeal is addressed to the Supreme Court, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/21/2020__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*